No. 92–9082. KLEINSCHMIDT v. SCHWARTZ, CHIEF JUDGE, DISTRICT COURT OF APPEAL OF FLORIDA, THIRD DISTRICT,

ET AL.  C. A. 11th Cir.  Certiorari denied.